**Kirk L. WHITCOMBE; et al.,
Plaintiffs—Appellants,**

v.

**Larry HENAK, Husband; et al.,
Defendants—Appellees.**

**No. 06–16488.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007.*

Filed July 16, 2007.

Kirk L. Whitcombe, Anthem, AZ, pro se.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Susan L. Whitcombe, Anthem, AZ, pro se.

Before: LEAVY, THOMAS, and BERZON, Circuit Judges.

### MEMORANDUM [**]

Kirk and Susan Whitcombe appeal pro se the dismissal of their action seeking to set aside orders issued by Washington state courts in three cases arising out of a boundary dispute between the Whitcombes and their neighbors, Larry and Susan Henak. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm.

United States district courts lack the authority to review final judgments of state courts acting judicially; such review may only be had in the United States Supreme Court. *See Dist. of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983). The *Rooker–Feldman* doctrine thus bars cases such as the Whitcombes': "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284, 125 S.Ct. 1517, 161 L.Ed.2d 454 (2005). Dismissal was proper.

The district court also properly denied the Whitcombes' numerous motions seeking reconsideration, vacatur of the judgment, and leave to refile.

**AFFIRMED.**

---

Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.